Nancy Curry, Chapter 13 Trustee
1000 Wilshire Boulevard, Suite 870
Los Angeles, California 90017
Tel: (213) 689-3014
Fax: (213) 689-3055

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Jimenez, John Anthony<br><br>Jimenez, Georgina Marie<br><br><br><br><br>Debtor. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. **2:14-bk-18604 -VZ**<br><br>Chapter 13<br><br>**DECLARATION OF JAIME MEJIA IN SUPPORT OF TRUSTEE'S MOTION TO DISMISS AND DISMISSAL OF DEBTOR'S CHAPTER 13 CASE**<br><br>**HEARING DATE/TIME**<br>Date:  July 25, 2016<br>Time: 10:30 a.m.<br>Ctrm: 1368<br>     255 E Temple Street<br>     Los Angeles, CA 90012 |

1

## DECLARATION OF JAIME MEJIA

I, Jaime Mejia, declare:

1.    Nancy Curry is the Chapter 13 Trustee (the "Trustee") with respect to Chapter 13 Case No.  2:14-bk-18604-VZ of Jimenez, John Anthony and Georgina Marie ("Debtor").

2.    I am employed by the Trustee as a staff attorney and am duly qualified to make this declaration. As to the following facts, I know them to be true from my personal knowledge or I have gained knowledge of them from the Trustee's business records which were maintained in the ordinary course of business made at or near the time of the acts, conditions, or events to which they date.

3.    On May 19, 2016, the Trustee filed a Motion to Dismiss case due to delinquent plan payments (Docket Entry #36.

4.    On July 25, 2016, a hearing was held for the Trustee's Motion to Dismiss and this Court ordered that the Motion to Dismiss be granted if Debtor fails to make timely plan payments after the hearing date. This order was entered on August 1, 2016 (Docket Entry #58).

5.    As of August 22, 2017, Debtor is delinquent $7,911. A true copy of Debtor's payment history is attached as Exhibit "A" and is incorporated herein by reference.

6.    Therefore, the Trustee requests that this case be dismissed per the order entered by the Court on August 1, 2016.


I declare under penalty of perjury that the foregoing is true and complete to the best of my knowledge.  Executed at Los Angeles, California on August 22, 2017.


Dated: August 22, 2017                                     /s/ Jaime Mejia
                                                          Jaime Mejia

# Exhibit "A"

Page    1
Chapter 13

**1418604-VZ**

JIMENEZ, JOHN ANTHONY                JIMENEZ, GEORGINA MARIE

217 N. RECORD AVE.                Atty: LUIS G. TORRES                21 Rmng of 60 Mos.
LOS ANGELES CA 90063                                        Payment:    $1,380.77 Per   M
First Pmt Date    06/01/2014

Graduated Payment Plan

| | Months | | Thru | | | Per Month | = | |
|---|---|---|---|---|---|---|---|---|
| Months | 1 | Thru | 2 | $877.00 | Per Month | = | $1,754.00 |
| Months | 3 | Thru | 14 | $1,028.23 | Per Month | = | $12,338.76 |
| Months | 15 | Thru | 25 | $0.00 | Per Month | = | $0.00 |
| Months | 26 | Thru | 60 | $1,380.77 | Per Month | = | $48,326.95 |

| Check | Batch Id | Date | Amount Paid | Src | Type | Description | Employer |
|---|---|---|---|---|---|---|---|
| 725064 | 17040004 | 4/3/2017 | $1,000.00 | 3 | Cashiers Check | | |
| 725075 | 17040004 | 4/3/2017 | $381.00 | 3 | Cashiers Check | | |
| 003200 | 17020009 | 2/2/2017 | $382.00 | 3 | Cashiers Check | | |
| 003198 | 17020009 | 2/2/2017 | $1,000.00 | 3 | Cashiers Check | | |
| 539245 | 17010022 | 1/9/2017 | $381.00 | 3 | Cashiers Check | | |
| 539234 | 17010022 | 1/9/2017 | $1,000.00 | 3 | Cashiers Check | | |
| 532800 | 16120057 | 12/27/2016 | $1,000.00 | 3 | Cashiers Check | | |
| 532811 | 16120057 | 12/27/2016 | $381.00 | 3 | Cashiers Check | | |
| 573495 | 16110018 | 11/7/2016 | $381.00 | 3 | Cashiers Check | | |
| 573484 | 16110018 | 11/7/2016 | $1,000.00 | 3 | Cashiers Check | | |
| 562910 | 16090057 | 9/26/2016 | $381.00 | 3 | Cashiers Check | | |
| 562908 | 16090057 | 9/26/2016 | $1,000.00 | 3 | Cashiers Check | | |
| 553550 | 16080060 | 8/22/2016 | $381.00 | 3 | Cashiers Check | | |
| 553548 | 16080060 | 8/22/2016 | $1,000.00 | 3 | Cashiers Check | | |
| 617590 | 16070014 | 7/7/2016 | $1,000.00 | 3 | Cashiers Check | | |
| 617601 | 16070014 | 7/7/2016 | $382.00 | 3 | Cashiers Check | | |
| 609848 | 16060016 | 6/8/2016 | $1,000.00 | 3 | Cashiers Check | | |
| 609850 | 16060016 | 6/8/2016 | $381.00 | 3 | Cashiers Check | | |
| 848742 | 16010015 | 1/11/2016 | $30.00 | 3 | Cashiers Check | | |
| 848731 | 16010015 | 1/11/2016 | $1,000.00 | 3 | Cashiers Check | | |
| 850283 | 15110023 | 11/17/2015 | $1,000.00 | 3 | Cashiers Check | | |
| 850294 | 15110023 | 11/17/2015 | $30.00 | 3 | Cashiers Check | | |
| 815824 | 15100014 | 10/6/2015 | $1,000.00 | 3 | Cashiers Check | | |
| 815835 | 15100014 | 10/6/2015 | $30.00 | 3 | Cashiers Check | | |
| 806914 | 15070017 | 7/13/2015 | $1,000.00 | 3 | Cashiers Check | | |
| 806925 | 15070017 | 7/13/2015 | $30.00 | 3 | Cashiers Check | | |
| 800840 | 15060013 | 6/8/2015 | $30.00 | 3 | Cashiers Check | | |
| 800838 | 15060013 | 6/8/2015 | $1,000.00 | 3 | Cashiers Check | | |
| 225162 | 15030033 | 3/23/2015 | $1,000.00 | 3 | Cashiers Check | | |
| 225162 | 15030033 | 3/23/2015 | $30.00 | 3 | Cashiers Check | | |
| 063642 | 15010022 | 1/15/2015 | $30.00 | 3 | Cashiers Check | | |
| 063631 | 15010022 | 1/15/2015 | $1,000.00 | 3 | Cashiers Check | | |
| 222940 | 14110021 | 11/17/2014 | $1,000.00 | 3 | Cashiers Check | | |
| 222940 | 14110021 | 11/17/2014 | $29.00 | 3 | Cashiers Check | | |
| 079550 | 14100018 | 10/6/2014 | $1,000.00 | 3 | Cashiers Check | | |
| 079561 | 14100018 | 10/6/2014 | $30.00 | 3 | Cashiers Check | | |
| 247154 | 14090006 | 9/4/2014 | $1,000.00 | 3 | Cashiers Check | | |
| 247165 | 14090006 | 9/4/2014 | $29.00 | 3 | Cashiers Check | | |
| 217498 | 14080002 | 8/4/2014 | $30.00 | 3 | Cashiers Check | | |
| 217487 | 14080002 | 8/4/2014 | $1,000.00 | 3 | Cashiers Check | | |
| 228164 | 14070001 | 7/1/2014 | $877.00 | 3 | Cashiers Check | | |
| 226656 | 14060022 | 6/17/2014 | $877.00 | 3 | Cashiers Check | | |

Total                $25,513.00

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
NANCY CURRY, CHAPTER 13 TRUSTEE, 1000 WILSHIRE BLVD., SUITE 870, LOS ANGELES, CA 90017

The foregoing document described as **DECLARATION OF JAIME MEJIA IN SUPPORT OF TRUSTEE'S MOTION TO DISMISS AND DISMISSAL OF DEBTOR'S CHAPTER 13 CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**: Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 22, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Nancy K Curry (TR)    TrusteeECFMail@gmail.com
- April Harriott    bkyecf@rasflaw.com, courtdrive@rasflaw.com;ras@ecf.courtdrive.com;bkyecf@rasflaw.com
- Leslie M Klott    bankruptcy@zievelaw.com
- Keith Labell    bkyecf@rasflaw.com, courtdrive@rasflaw.com;ras@ecf.courtdrive.com;bkyecf@rasflaw.com
- Vanessa Lewis    vanessa.lewis@ocwen.com
- Erin M McCartney    bankruptcy@zbslaw.com, emccartney@ecf.courtdrive.com
- Luis G Torres    luis.torresbk@gmail.com, lgtbknotices@gmail.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

**2.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On **August 22, 2017**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Debtor:
John A. Jimenez
Georgina M. Jimenez
217 N. Record Ave.
Los Angeles, CA 90063

**3.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 22, 2017** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Honorable Vincent P. Zurzolo
U.S. Bankruptcy Court
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 22, 2017 | Jaime Mejia | /s/ Jaime Mejia |
|---|---|---|
| *Date* | *Type Name* | *Signature* |